Case 5:26-cv-00112   Document 3   Filed 01/26/26 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
January 26, 2026
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## LAREDO DIVISION

| | |
|---|---|
| **OLEG KHAMITSAEV,** § | |
| Petitioner, § | |
| § | |
| VS. § | CIVIL ACTION NO. 5:26-CV-00112 |
| § | |
| **NORBAL VASQUEZ, ET AL.,** § | |
| Respondents. § | |

## ORDER

Before the Court is Petitioner's Petition for a Writ of Habeas Corpus, (Dkt. No. 1). Petitioner challenges the constitutionality of his detention in federal immigration custody.

Based upon a review of the petition, the Court **ORDERS** Respondents to file a response to the petition and serve their response on Petitioner **no later than February 5, 2026**. 28 U.S.C. § 2243. Should Petitioner wish to file a reply, they must do so **no later than February 12, 2026**. Petitioner names Norbal Vasquez, Warden of the Rio Grande Processing Center; Miguel Vergara, Field Office Director for ICE-ERO; Todd Lyons, Acting Director of ICE; and Kristi Noem, Secretary of the U.S. Department of Homeland Security, as Respondents.

Accordingly, the Clerk of Court is **DIRECTED** to serve copies of the Petition, (Dkt. No. 1), and this Order on respondents via certified mail, return receipt requested.

- Respondent Norbal Vasquez or his designee may be served at Rio Grande Processing Center, 1001 San Rio Boulevard, Laredo, TX 78046.
- Respondent Miguel Vergara or his designee may be served at ICE, Office of the Principal Legal Advisor, 500 12th St. SW, Mail Stop 5900, Washington DC 20536-5900.
- Respondent Todd Lyons or his designee may be served at ICE, Office of the Principal Legal Advisor, 500 12th St. SW, Mail Stop 5900, Washington DC 20536-5900.
- Respondent Kristi Noem or her designee may be served at U.S. Department of

Homeland Security, Office of the General Counsel, 2707 Martin Luther King Jr Ave SE, Mail Stop 0485, Washington, DC 20528-0485.

In accordance with Federal Rule of Civil Procedure 4(i)(2), the Clerk of Court is also **DIRECTED** to serve a copy of the Petition, (Dkt. No. 1), and this Order on the United States Attorney for the Southern District of Texas, Nicholas J. Ganjei, through the Office's Civil Process Clerk, who may be served at 1000 Louisiana St., Suite 2300, Houston, TX 77002 via certified mail, return receipt requested.

Respondents will not be served further notice of activity on this docket automatically. Instead, they must arrange to monitor the docket themselves, either by automatic electronic service or otherwise.

Additionally, Respondents are **ORDERED** to notify Petitioner's counsel and the Court of any anticipated or planned transfer or removal of Petitioner outside of the Southern District of Texas **at least five (5) days** before any such transfer.

It is so **ORDERED**.

**SIGNED** on January 26, 2026.

_____
John A. Kazen
United States District Judge