United States District Court
Southern District of Texas
**ENTERED**
February 17, 2026
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | | |
|---|---|---|
| **OLEG KHAMITSAEV,** | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 5:26-CV-112** |
| | § | |
| **NORBAL VASQUEZ, ET AL.,** | § | |
| | § | |
| Respondents. | § | |

## ORDER

Before the Court is Petitioner's Verified Petition for Writ of Habeas Corpus and Complaint for Injunctive and Declaratory Relief, (Dkt. No. 1), and Respondents' Motion for Summary Judgment, (Dkt. No. 10).

The Court **ORDERS** Respondents to file supplemental briefing that responds to Petitioner's procedural due process arguments under the Fifth Amendment Due Process Clause, (Dkt. No. 12), by **February 23, 2026.**

It is so **ORDERED**.

**SIGNED** on February 17, 2026.

_____
John A. Kazen
United States District Judge