United States District Court
Southern District of Texas
**ENTERED**
February 26, 2026
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## LAREDO DIVISION

| | | |
|---|---|---|
| **OLEG KHAMITSAEV,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 5:26-CV-112** |
| | § | |
| **NORBAL VASQUEZ, ET AL.,** | § | |
| | § | |
| **Respondents.** | § | |

### ORDER

Before the Court is Petitioner's Verified Petition for Writ of Habeas Corpus and Complaint for Injunctive and Declaratory Relief, (Dkt. No. 1), and Respondents' Motion for Summary Judgment, (Dkt. No. 10).

On February 17, 2026, the Court ordered Respondents to reply to Petitioner's procedural due process arguments. (Dkt. No. 14). Respondents filed a supplemental response. (Dkt. No. 15). The Court **ORDERS** Petitioners to file supplemental briefing that replies to Respondents' arguments by **March 5, 2026.**

It is so **ORDERED**.

**SIGNED** on February 26, 2026.

John A. Kazen
United States District Judge